**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DELMOND C. COZART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1142-R** |
| | ) | |
| **OKLAHOMA STATE** | ) | |
| **REFORMATORY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion for Default Judgment ("Motion"), asserting Defendants failed to meet a June 25, 2026, deadline for filing their Special Report and Answer and/or Dispositive Motion.  Doc. 32; *see also* Doc. 29 (setting filing deadline of June 25, 2026).  When a defendant fails to "plead or otherwise defend," default may be entered by the clerk of the court.  Fed. R. Civ. P. 55(a).  Thereafter, the prevailing party may ask the Court to enter judgment.  *See* Fed. R. Civ. P. 55(b)(2).  Here, however, Defendants (1) did not fail to plead or otherwise defend against Plaintiff's action, and (2) the Clerk of Court has not entered a default.

On June 24, 2026, Defendants sought and were granted a second extension of time, setting their filing deadline as not later than July 8, 2026. Docs. 30, 31.[1]  Defendants have now timely filed both their Special Report and Answer and/or Dispositive Motion.

---

[1] Plaintiff signed his Motion on June 29, 2026.  Doc. 32 at 2.  It appears he may not have received the mailed copies of either Defendants' motion or the Order before he prepared and mailed his Motion.

Docs. 33, 34.  Accordingly, the Clerk of Court lacks any grounds to enter a default.  And without an entry of default, the Court cannot grant judgment.  *See, e.g., Martin v. Cornell Cos., Inc.*, No. CIV-06-1117-T, 2007 WL 1393990, at *2 (W.D. Okla. May 9, 2007) (adopting recommendation to deny the plaintiff's motion for default judgment when the defendants met the filing deadline).

For these reasons, the undersigned recommends that the Court deny Plaintiff's Motion for Default Judgment, Doc. 32.  The parties are advised of their right to object to this Report and Recommendation.  *See* 28 U.S.C. § 636.  Any objection must be filed with the Clerk of Court not later than July 30, 2026.  *See id.* § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to object timely waives the right to appellate review of the factual and legal issues addressed in this Report and Recommendation.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation does not dispose of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 9th day of July, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

2