**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DELMOND COZART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1142-R** |
| | ) | |
| **OKLAHOMA STATE REFORMATORY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens [Doc. No. 35] recommending that Plaintiff's Motion for Default Judgment [Doc. No. 32] be denied because, contrary to Plaintiff's assertion, Defendants timely filed their responsive pleading. Within the time to file an objection, Plaintiff filed a second Motion for Default Judgment [Doc. No. 38], a Motion for Entry of Default [Doc. No. 39], a supporting affidavit [Doc. No. 40], and an Objection [Doc. No. 42]. Defendants filed an Objection [Doc. No. 41] to Plaintiff's second Motion for Default Judgment.

As Judge Stephens explained in his Report, Defendants timely filed their Special Report and Dispositive Motion [Doc. Nos. 33, 34]. Accordingly, there is no basis to enter default against Defendants.

Upon de novo review, the Report and Recommendation is ADOPTED and Plaintiff's Motion for Default Judgment [Doc. No. 32] is denied. Plaintiff's second Motion for Default Judgment [Doc. No. 38] and Motion for Entry of Default [Doc. No. 39] are also denied. This action remains referred consistent with the initial case referral.

IT IS SO ORDERED this 6th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**