**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DELMOND C. COZART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1142-R** |
| | ) | |
| **OKLAHOMA STATE REFORMATORY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is a Report and Recommendation [Doc. No. 46] issued by United States Magistrate Judge Chris M. Stephens recommending Plaintiff's Motion for Emergency Injunctive Relief [Doc. No. 15] be denied because Plaintiff has not established that he will suffer irreparable harm absent a preliminary injunction.

Plaintiff timely filed an Objection [Doc. No. 47], which requires de novo review of those portions of the Report to which a specific objection is made. Plaintiff's Objection asserts, in conclusory fashion, that he will suffer irreparable injury and repeats the main argument that was presented to Judge Stephens. However, the objection contains no persuasive argument or authority that would cause this Court to reject Judge Stephens' analysis or conclusion.

Accordingly, having conducted a de novo review, the Report and Recommendation [Doc. No. 46] is ADOPTED and, for the reasons stated therein, Plaintiff's Motion [Doc. No. 47] is DENIED.

IT IS SO ORDERED this 16th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE